**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MAI LIN T.,**

**Plaintiff,**

**v.** **6:25-CV-342**
**(FJS/PJE)**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

---

| **APPEARANCES** | **OF COUNSEL** |
| --- | --- |
| **JUSTIN GOLDSTEIN LAW, PLLC**<br>38 Pond Valley Circle<br>Penfield, New York 14526<br>Attorneys for Plaintiff | **JUSTIN M. GOLDSTEIN, ESQ.** |
| **SOCIAL SECURITY ADMINISTRATION**<br>6401 Security Boulevard<br>Baltimore, Maryland 21235<br>Attorneys for Defendant | **MOLLY CARTER, ESQ.** |

**SCULLIN, Senior Judge**

**DECISION AND ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income ("SSI") benefits. *See* Dkt. No. 1. The Court referred the matter to Magistrate Judge Evangelista for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(e). *See* Dkt. No. 14.

In his Report-Recommendation an Order issued on August 21, 2026, *see* Dkt. No. 22, Magistrate Judge Evangelista recommended that the Court grant Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 9, and deny the Commissioner's motion for judgment on the

pleadings, *see* Dkt. No. 12. Magistrate Judge Evangelista further recommended that the Court reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with his Report-Recommendation and Order. *See* Dkt. No. 22 at 18.

Neither party filed objections to Magistrate Judge Evangelista's Report-Recommendation and Order, and the time for filing such objections has passed. After examining the record, the Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice; and, therefore, the Court accepts and adopts the Report-Recommendation and Order for the reasons stated therein.

Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Evangelista's Report-Recommendation and Order, *see* Dkt. No. 22, is **ACCEPTED AND ADOPTED**; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 9, is **GRANTED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 12, is **DENIED**; and the Court further

**ORDERS** that this matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with this opinion and the findings set forth in Magistrate Judge Evangelista's Report-Recommendation and Order; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: September 11, 2026
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge